### SCHWARTZWAELDER CO. v. SILVERMAN.

(Supreme Court, Appellate Term. May 9, 1912.)

CORPORATIONS (§ 661*)—FOREIGN CORPORATIONS—RIGHT TO SUE.

 A foreign corporation, doing business in the state without filing the certificate required by General Corporation Law (Consol. Laws 1909, c. 23) § 15, may not maintain an action for goods sold and delivered.

 [Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 2539, 2543, 2544, 2546, 2563–2567; Dec. Dig. § 661.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Schwartzwaelder Company against Charles Silverman, doing business under the firm name and style of the Eagle Raincoat Company. From a judgment of the Municipal Court of the City of New York, rendered for plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued April term, 1912, before SEABURY, GUY, and GERARD, JJ.

Charles B. Harris, of New York City, for appellant.

Gallert & Heilborn, of New York City (Walter S. Heilborn, of New York City, of counsel), for respondent.

SEABURY, J. The plaintiff, a foreign corporation, has recovered a judgment for goods sold and delivered against the defendant. It

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

appears from the evidence that the plaintiff was doing business in the state, and that it failed to file a certificate as required by section 15 of the General Corporation Law. Under these circumstances it was prohibited access to our courts, and its complaint should have been dismissed.

Judgment reversed, with costs, and complaint dismissed, with costs. All concur.